IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA (Davenport)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Justin H. Ludwick | ) | Case No. 21-01119 |
| | ) | Chapter 13 |
| Debtor, | ) | Judge Lee M. Jackwig |
| | ) | |

**CREDITOR'S RESPONSE AND OPPOSITION TO DEBTOR'S
MOTION FOR TURNOVER**

COMES NOW Creditor, Fifth Third Bank, N.A. (herein "Creditor"), and for its Response and Opposition to Debtor's Motion for Turnover, states as follows:

1. Creditor admits Paragraph 1 of Debtor's Motion.

2. Creditor is without sufficient knowledge to admit or deny Paragraph 2 of Debtor's Motion and therefore denies the same.

3. Creditor is without sufficient knowledge to admit or deny Paragraph 3 of Debtor's Motion and therefore denies the same.

4. Creditor is without sufficient knowledge to admit or deny Paragraph 4 of Debtor's Motion and therefore denies the same.

5. Creditor is without sufficient knowledge to admit or deny Paragraph 5 of Debtor's Motion and therefore denies the same.

6. Creditor is without sufficient knowledge to admit or deny Paragraph 6 of Debtor's Motion and therefore denies the same.

7. Creditor is without sufficient knowledge to admit or deny Paragraph 7 of Debtor's Motion and therefore denies the same.

8. Creditor is without sufficient knowledge to admit or deny Paragraph 8 of Debtor's Motion and therefore denies the same.

9. Creditor denies paragraph 9 of Debtor's Motion.

10. Creditor denies paragraph 10 of Debtor's Motion.

11. Creditor is without sufficient knowledge to admit or deny Paragraph 11 of Debtor's Motion and therefore denies the same.

12. Creditor is without sufficient knowledge to admit or deny Paragraph 12 of Debtor's Motion and therefore denies the same.

13. Creditor admits paragraph 13 of Debtor's Motion.

14. Creditor is without sufficient knowledge to admit or deny Paragraph 14 of Debtor's Motion and therefore denies the same.

15. Creditor is without sufficient knowledge to admit or deny Paragraph 15 of Debtor's Motion and therefore denies the same.

16. Creditor denies paragraph 16 of Debtor's Motion.

17. Creditor denies paragraph 17 of Debtor's Motion.

18. Creditor denies paragraph 18 of Debtor's Motion.

19. Creditor is without sufficient knowledge to admit or deny Paragraph 19 of Debtor's Motion and therefore denies the same.

20. Creditor denies paragraph 20 of Debtor's Motion.

21. Creditor admits paragraph 21 of Debtor's Motion.

22. Creditor denies paragraph 22 of Debtor's Motion.

23. Creditor denies paragraph 23 of Debtor's Motion.

24. Responding further, the account in question was charged-off and the vehicle in question secured on July 28, 2021, prior to Debtor's filing of this bankruptcy. The vehicle has not been sold and Respondent has filed a Motion for Relief from Stay. Respondent denies that merely

holding the truck is a violation of the automatic stay in accordance with City of Chicago v Fulton, 141 S.Ct 585 (2021)

  WHEREFORE Creditor, Fifth Third Bank, N.A., prays the Court deny Debtor's Motion and for any further relief the Court deems just and proper.

              Respectfully submitted,

              /s/ Rodger M. Turbak
              Rodger M. Turbak, No. AT0012446
              Lewis Rice LLC
              10484 Marty Street
              Overland Park, KS 66212
              T: (913) 648-6333; F: (913) 642-8742
              rturbak@lewisricekc.com
              ATTORNEY FOR CREDITOR

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA (Davenport)

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Justin H. Ludwick ) | Case No. 21-01119 |
| ) | Chapter 13 |
| Debtor, ) | Judge Lee M. Jackwig |

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on this 9th day of September, 2021, a copy of Creditor, Fifth Third Bank, N.A.'s Response and Opposition to Debtor's Motion for Turnover was deposited in the United States mail, postage prepaid, addressed to:

Justin H. Ludwick
704 N. Iowa St.
Milton, IA 52570
Debtor

Carol F. Dunbar
2616 Orchard Drive. Ste. B
Cedar Falls, IA 50613
Trustee

Robert J. Liptak
1890 185th St.
Fairfield, IA 52556
Debtor's Attorney

United States Trustee
Federal Bldg, Room 793
210 Walnut St.
Des Moines, IA 50309

/s/ Rodger M. Turbak
Rodger M. Turbak, No. AT0012446
Lewis Rice LLC
10484 Marty St.
Overland Park, KS 66212
(913) 648-6333
rturbak@lewisricekc.com
ATTORNEY FOR FIFTH THIRD BANK, N.A.